USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

MEIZHEN LI,                             :    08 Civ. 4266 (SHS)

          Plaintiff,         :

    -against-                          :    ORDER

F. GERARD HEINAUER, ET ANO,             :

          Defendants.        :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       In an Order dated May 13, 2008, an initial pretrial conference was scheduled for Friday, July 25, 2008, at 10:30 a.m. Neither side appeared for the conference on that date and time. Accordingly,

    IT IS HEREBY ORDERED that:

    1.    The next conference is scheduled for September 5, 2008, at 10:00 a.m.;

    2.    Plaintiff's attorney shall notify defendants' attorney of this conference; and

    3.    There will be no further adjournments.

Dated: New York, New York
       July 28, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.