AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

LI, MEIZHEN   CIS FILE NO. A97-817-055
JIANG, XIUHE CIS FILE NO. A99-327-015

V.

F. Gerard Heinaur, Director, N.S.C., DHS
M. Mukasey, Attorney General, U.S. D.O.J.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   08-CV-4266

TO: (Name and address of Defendant)

~~Office of U.S. Attorney~~
~~US Dept. of Justice~~
~~86 Chambers St. 3rd Fl.~~
~~NYC, NY 10007~~

F. Gerard Heinauer
Director, Nebraska Service Center
DHS
850 "S" St, Lincoln, NE
68501-2521

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David J. Rodkin, Esq.
401 Broadway 705
NYC NY 10013

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

_Catherine Lapsley_ (signature)

(By) DEPUTY CLERK

DATE

⊕AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT)<br>DAVID J. RODKIN, ESQ. | TITLE<br>ATTORNEY |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):  *[handwritten: 08 4266]*
Summons & Complaint mailed to: F. Gerard Heinaur, Director, Nebraska Service Center, D.H.S., 850 "S" Street, Lincoln, NE 68501-2521 on 08/01/2008 by Certified Mail R/R/R.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___8/1/2008___   *[signature: David J. Rodkin]*
                Date                                    Signature of Server

401 Broadway Suite 705, NYC., NY 10013
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.