%AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

LI, MEIZHEN  CIS FILE NO. A97-817-055
JIANG, XIUHE  CIS FILE NO. A99-327-015

V.

F. Gerard Heinaur, Director, N.S.C., DHS
M. Mukasey, Attorney General, U.S. D.O.J.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  08-CV-4266

TO: (Name and address of Defendant)

M. Mukasey, Atty. Gen.
US Dept of Justice
950 Pennsylvania Ave. NW
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David J. Rodkin, Esq.
401 Broadway 705
NYC, NY 10013

an answer to the complaint which is served on you with this summons, within _____60 20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK



DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE: |
| NAME OF SERVER (PRINT) DAVID J. RODKIN, ESQ. | TITLE ATTORNEY |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):  1:08 4266
Summons & Complaint mailed to: Mr. Michael Mukasey, Atty. General, U.S. Dept. of Justice, 950 Pennsylvania Ave., NW, Washington D.C. 20530 on 08/01/2008 by Certified Mail R/R/R.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    8/1/2008      *David J. Rodkin*
                 *Date*                  *Signature of Server*

                    401 Broadway Suite 705, NYC., NY 10013
                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.