```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08

MEIZHEN LI, *ET ANO*,    :    08 Civ. 4266 (SHS)

          Plaintiffs,    :

    -against-    :    ORDER

Director F. Gerard Heinauer, Nebraska Service Center, *ET ANO*,    :

          Defendants.    :

```
------------------------------------------------------------x
```

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that the next pretrial conference is scheduled for November 14, 2008, at 10:00 a.m.

Dated: New York, New York
       September 4, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.